UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCISCO A. LARA,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:17-cv-00544-MMD-WGC<br><br>ORDER |

In this habeas corpus action, the Court has appointed counsel for the petitioner, Nevada prisoner Francisco A. Lara. *See* Order entered October 13, 2017 (ECF No. 5). After counsel appeared for Lara, and for the respondents as well, the Court entered a scheduling order. Under the scheduling order, Lara was granted leave to file an amended petition and the amended petition was due February 1, 2018. *See* Order entered November 3, 2017 (ECF No. 10).

On February 1, 2018, petitioner filed a motion for extension of time (ECF No. 12), requesting an extension of time to February 14, 2018 — a 13-day extension — for his amended petition. This would be the first extension of this deadline. Petitioner's counsel states that the extension of time is necessary because of the time necessary to gather and file records related to the case, and draft the amended petition. The respondents do not oppose the extension of time. The Court finds that petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that petitioner's Motion for Extension of Time (ECF 12) is granted. Petitioner will have until and including February 14, 2018, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered November 3, 2017 (ECF No. 10) will remain in effect.

DATED THIS 2nd day of February 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE