# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANCISCO A. LARA, | Case No. 3:17-cv-00544-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed a motion to dismiss on April 16, 2018. (ECF No. 16.) Petitioner, Francisco A. Lara, was due to respond to that motion on June 15, 2018. (*See* ECF No. 10 at 2 (permitting sixty days to respond to motion to dismiss).)

On June 15, 2018, Petitioner filed a motion for extension of time (ECF No. 22), requesting a sixty-day extension of time, to August 14, 2018, for his response to the motion to dismiss. This would be the first extension of this deadline. Petitioner's counsel states that the extension of time is necessary because of her obligations in other cases. Respondents do not oppose the extension of time. The Court finds that Petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 22) is granted. Petitioner will have until and including August 14, 2018, to file a response to

///

the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the Order entered November 3, 2017 (ECF No. 10) will remain in effect.

DATED THIS 15th day of June 2018.

_____
MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE