UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCISCO A. LARA,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br><br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:17-cv-00544-MMD-WGC<br><br>ORDER |

In this habeas corpus action brought by Nevada prisoner Francisco A. Lara, Respondents filed their answer on November 19, 2018 (ECF No. 32). Under the scheduling order in this case, Petitioner was then to file a reply within 45 days, which would have been by January 3, 2019. (*See* Order entered November 3, 2017 (ECF No. 10).)

Rather than filing a reply on that date, Petitioner filed a motion (ECF No. 34) requesting a 60-day extension of time for the reply. Lara's counsel states that the extension of time is necessary because of her obligations in other cases. Respondents' counsel does not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 34) is granted. Petitioner will have until March 4, 2019, to file his reply.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered November 3, 2017 (ECF No. 10) will remain in effect.

DATED THIS 14th day of January 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE