UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANCISCO A. LARA, | Case No. 3:17-cv-00544-MMD-WGC |
| Petitioner, | ORDER GRANTING |
| v. | MOTION FOR EXTENSION OF TIME |
| | (ECF NO. 41) |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

In this habeas corpus action, brought by Nevada prisoner Francisco A. Lara, Respondents filed their answer on November 19, 2018 (ECF No. 32), and Lara filed a reply on May 1, 2019 (ECF No. 39). Under the scheduling order in the case, Respondents were to file a response to Lara's reply within 30 days, or by May 31, 2019. (*See* Order entered November 3, 2017 (ECF No. 10).)

On May 31, 2019, Respondents filed a motion for extension of time (ECF No. 41), requesting a 31-day extension of time, to July 1, 2019, for the response to Lara's reply. Respondents' counsel states that this extension of time is necessary because of her obligations in other cases and time away from her office.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 41) is granted. Respondents will have until and including July 1, 2019, to file their response to Petitioner's reply.

DATED THIS 5th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE